Aaron Kass and Others, Appellants, v. David L. Reifer, as Executor, etc., of Jacob Kass, Deceased, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the defendant to answer within ten days from service of order upon payment of said costs. (See Fur & Wool Trading Co., Ltd., v. Fox, Inc., 245 N. Y. 215; Falk v. Hoffman, 233 id. 199, 201.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Bessie Cesari and Another, Respondents, v. Steeplechase Amusement Company, Inc., Appellant. (Consolidated Action.) — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Eagle Indemnity Company, Respondent, v. Dittmar Powder Works, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Charles Beahan, Respondent, v. Dell Publishing Company, Incorporated, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Joseph A. Corr, as Substituted Trustee under the Trust Indenture Made by Catherine Inace Allen, Dated July 27th, 1922, Respondent, v. Parkway View Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Townley and Glennon, JJ., dissent and vote to reverse and deny the motion.

In the Matter of the Judicial Settlement of the Account of Proceedings of Herman A. Nehmelman, as Administrator, etc., of John Henry Nehmelman, Deceased, Appellant. Lena Fleschenberg and Others, Respondents.— Decree so far as appealed from reversed, with costs to the appellant payable out of the estate, and the reasonable value of the services of Louis Steckler to the estate fixed at the sum of $3,000, and the proceeding remitted to the surrogate of the county of Bronx for further action in accordance with this decision. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Murphy & Jordan, Inc., Appellant, v. Harold M. Hess, as Secretary and Manager of the New York Fire Insurance Exchange, an Unincorporated Association, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Minnie G. Kasan, Respondent, v. Francis M. Barker and Others, Appellants. — Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Svenska Taendsticks Fabrik Aktiebolaget (Hereinafter Referred to as "The Swedish Match Company") and Others, v. Bankers Trust Company of New York and Others and Frederick W. Allen and Others and Irving Trust Company, as Trustee in Bankruptcy, etc.— Motion for leave to appeal to the Court of Appeals from order of this court entered November 2, 1934, granted. Settle order on notice. Present — Martin, Merrell, O'Malley and Townley, JJ. [See 242 App. Div. 812.]